Kelly Renee Pelican Reed
Kelly Renee Pelican Reed
1307 E. Jefferson St.
Opelousas
(337) 381-4575

Complaint ("Jury Trial Demanded")

(1) Kelly Renee Pelican-Reed, On behalf of J.R. (Jr.), who is a citizen of Louisiana, whose mailing address is 1307 E. Jefferson St., Opelousas, La. 70570

RECEIVED

APR - 9 2014

TONY R. MOORE, CLERK KH
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

(2) Opelousas Police Department
318 N. Court St.
Opelousas, La. 70570

b.) (Sgt.) Loretta Etienne
318 N. Court St
Opelousas, La. 70570

6:14-cv-00783 LAF

c.) (Officer) Rodney May
318 N. Court St
Opelousas, La. 70570

(3) This court has jurisdiction over this civil action because the plaintiff's claims arise under federal laws, U.S. Code 42: 1983, excessive force on a minor.

(Facts behind lawsuit)

(1) On October 12, 2013, time about 8:30 pm, my son J.R. (Jr.) arrived at the Skatz Skating ring. There was 11 young men there, that decided to start trouble with my son J.R (Jr.) and friends.

(2) (Sgt) Loretta Etienne observed what was going on & told the group of 11 young men to call there ride to go home. She never once told my son J.R (Jr.) to stay put or leave the skating ring. So when J.R. (Jr.) walk to save his

(2) continues

his skates + ask the D.J. to play a song. (Sgt. Loretta Etienne, came from behind, J.R (Jr.) + put him in a choke hold, choking him, and she then push him into officer Rodney May.

(3) Rodney May (officer) took J.R (Jr.) + twisted his arm up above his head and slammed his face into a wall.

(4) J.R. (Jr) was injured with visible bruises, and skin pulled of his neck in the front and back on his neck, with swollen cheeks.

(5) J.R. (Jr.) was taken to Opelousas General Hospital, where they file the claim as assault + treated him.

(4) On October 15, 2013, Chief Perry Gallow open a internal investigation on matter, + later found his officers to be justified + exonerated.

(5) Since the internal investigation. FBI Troy (Lafayette Area) is also presently looking into the matter.

- I Kelly Renee Pelican Reed, on behalf of J.R. (Jr) want a trial by jury.

Kelly Renee Pelican Reed
1307 E. Jefferson St.
Opelousas La. 70570 (337)381-4595

-(6) I Kelly Renee Pelican-Reed is filing a lawsceit on behalf of my minor son J.R (Jr) against the Opelousas Police Department, (Sgt) Loretta Etienne, & Rodney May (officer) who are presently employed with O.P.D

(7) The relief im seeking from the court is to have them pay the plainiff money for pain & suffering, mental aguish, embarrassment & humiliation

Kelly Renee Pelican Reed

Kelly Renee Pelican Reed
1307 E Jefferson St.
Opelousas, La. 70570
(337) 942-7612
(337) 381-4595