Civil Action No: 6:14-CV-00783

Kelly Renee Pelican-Reed
Kelly Renee Pelican-Reed
1307 E. Jefferson St.
Opelousas, La. 70570
(337) 942-7612 or (337) 381-4595

07-23-14

JURY TRIAL DEMANDED

COMPLAINT

1.) Kelly Renee Pelican-Reed, On behalf of J.R. (Jr.), who is a citizen of Louisiana, whose mailing address is 1307 E. Jefferson Opelousas, La. 70570

2.) Opelousas Police Department
318 N. Court St.
Opelousas, La. 70570

b.) (Sgt.) Loretta Etienne
318 N. Court St.
Opelousas, La. 70570

c.) (Officer) Rodney May
318 N. Court St.
Opelousas, La. 70570

3.) This court has jurisdiction over this civil action because the plaintiff's claims arise under federal laws, U.S. Code 42:1983 , excessive force on a minor

(Facts behind lawsuit)

4.) On October 12, 2013 , time about 8:30p.m, My son J.R. (Jr.) arrived at the Skatz Skating Ring. There was 11 young men there, that decided to start trouble with my son J.R. (Jr.) and his friends.

5.) (Sgt.) Loretta Etienne observed what was going on and told the group of 11 young men to call there ride to go home. She never once told my son J.R. (Jr.) to stay put or leave the skating ring. So when J.R. (Jr.) walk to save his skates and ask the D.J to play a song. (Sgt. Loretta Etienne , came from behind, J.R. (Jr.) and put him in a choke hold, choking him, and she then push him into Officer Rodney May.

6.) Officer Rodney May grabbed J.R. (Jr.) and twisted his arm up above his head and slammed his face into a wall.

7.) J.R. (Jr.) was injured with visible bruises around his neck , skin pulled off the front and back of his neck , and swollen cheeks (face area).

8.) J.R. (Jr.) was taken to Opelousas General Hospital. Where they file the claim as assault and treated him.

9.) On October 15, 2013 , Chief Perry Gallow open a internal investigation on the matter, and later found his (Officers) Loretta Etienne and Rodney May to be justified and exonerated.

10.) Since the internal investigation. FBI Troy C. (Lafayette Area) was asked to presently look into the matter also.

11.) I Kelly Renee Pelican Reed, On behalf of J.R. (Jr.) want a trial by jury.

12.) I Kelly Renee Pelican-Reed is filing a lawsuit on behalf of my minor son J.R. (Jr.) against the Opelousas Police Department, (Sgt) Loretta Etienne , and Officer Rodney May who are presently employed with the Opelousas Police Department.

13.) The relief im seeking from the court is to have them pay the plainiff J.R. (Jr.) $125,000 for pain and suffering, mental aguish, embarrassment and humiliation.

Kelly Renee Pelican-Reed

Kelly Renee Pelican-Reed

1307 E. Jefferson St.

Opelousas, La. 70570

(337) 942-7612

OR

(337) 381-4595