UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| KELLY RENEE PELICAN-REED | * | CIVIL ACTION NO. 6:14-cv-00783 |
| | * | |
| VERSUS | * | JUDGE REBECCA F. DOHERTY |
| | * | |
| POLICE DEPARTMENT OF THE CITY OF OPELOUSAS, ET AL. | * | MAG. JUDGE C. MICHAEL HILL |
| | * | |

**DECLARATION OF NOLAN J. NOEL**

Pursuant to 28 U.S.C. § 1746, the undersigned, Nolan J. Noel, declares under penalty of perjury that the statements set forth below are true and correct:

1. I am the owner and operator of Opelousas Skate Center a/k/a Skatz Skating Rink located at 1427A Linwood Drive in Opelousas, LA.

2. For the safety of the rink's patrons, I employ off-duty officers of the Opelousas Police Department to provide security on the premises. If officers observe any rowdy, unruly, or threatening behavior, they have my permission to tell the patron to leave the rink. A patron who refuses to leave, after being told by officers to do so, does not have my permission to be in my place of business.

3. On October 12, 2013, Sgt. Loretta Etienne, Lt. Rodney May and Pfc. Romalis Curtis of the Opelousas Police Department provided security at the rink. That night, Sgt. Etienne and Lt. May told several patrons to call their rides and go home after the officers observed them engaging in rowdy, unruly, or threatening behavior. Kelly Pelican-Reed's son was one of the patrons directed by officers to call his ride and go home that night.

4. I observed Lt. May struggling with Mrs. Pelican-Reed's son while the officer was trying to restrain him. Her son was cursing and yelling, and actively resisting Lt. May. Lt. May

EXHIBIT
C

placed her son's hand behind his back, escorted him over to the counter near the rink's entrance, and held him against the counter until he stopped resisting.

5. I was told that Mrs. Pelican-Reed claims that Lt. May twisted her son's arm up above his head and slammed his face into a wall. This claim is not accurate. Lt. May did not twist or raise her son's arm up above his head. Nor did Lt. May slam her son's face into a wall or the counter. Based on my personal observations, the force that Lt. May used against her son was just enough to overcome his active resistance.

6. Officers escorted Mrs. Pelican-Reed's son out of the rink, and I believe they later took him to the police station.

Executed on the 8 day of October, 2014.

NOLAN J. NOEL