

**EXHIBIT**

*D*