

**EXHIBIT**

*E*