UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| KELLY RENEE PELICAN-REED | * | CIVIL ACTION NO. 6:14-cv-00783 |
| | * | |
| VERSUS | * | JUDGE REBECCA F. DOHERTY |
| | * | |
| POLICE DEPARTMENT OF THE CITY OF OPELOUSAS, ET AL. | * | MAG. JUDGE C. MICHAEL HILL |
| | * | |

**DEFENDANTS' REQUESTS FOR ADMISSION**

TO: Kelly Renee Pelican Reed
1307 E. Jefferson Street
Opelousas, LA 70570

**NOW INTO COURT**, through undersigned counsel, come defendants, THE CITY OF OPELOUSAS, through the Opelousas Police Department, LORETTA ETIENNE and RODNEY MAY, and pursuant to Rule 36 of the Federal Rules of Civil Procedure, requests that plaintiff, KELLY RENEE PELICAN REED, admit or deny each of the following facts within thirty (30) days of service hereof.

**REQUEST FOR ADMISSION NO. 1:**

Please admit or deny that Exhibit "A" attached hereto is an authentic copy of the hospital records of Opelousas General Health System a/k/a Opelousas General Hospital.

**RESPONSE:** I Kelly Renee Pelican-Reed (Plaintiff) admit that Exhibit "A" is an authentic copy of the hospital records of Opelousas General Health System a/k/a Opelousas General Hospital.

**REQUEST FOR ADMISSION NO. 2:**

Please admit or deny that the hospital records of Opelousas General Health System a/k/a Opelousas General Hospital attached hereto as Exhibit "A" is an authentic copy of a record of acts, events, conditions, opinions, or diagnosis made at or near the time by—or from information

EXHIBIT
tabbies
F

transmitted by—someone with knowledge, kept in the course of a regularly-conducted activity of the Opelousas General Health System a/k/a Opelousas General Hospital, and where making such record was a regular practice of the Opelousas General Health System a/k/a Opelousas General Hospital.

**RESPONSE**: I Kelly Renee Pelican-Reed, (Plaintiff) admit that the hospital records of Opelousas General Health System a/k/a Opelousas General Hospital Exhibit "A" is an authentic copy of a record of acts, events, conditions, opinions, or diagnosis.

**REQUEST FOR ADMISSION NO. 3:**

Please admit or deny that all of the foundational requirements for admitting the hospital records of Opelousas General Health System a/k/a Opelousas General Hospital attached hereto as Exhibit "A" have been met.

**RESPONSE**: I Kelly Renee Pelican-Reed (plaintiff) admit that all foundational requirements for admitting the hospital records "Exhibit A" have been met.

Respectfully submitted,

ADAMS AND REESE LLP

A. Kirk Gasperecz (La. Bar #17583)
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
Fax No.: (504) 566-0210
E-mail: kirk.gasperecz@arlaw.com

Attorneys for Defendants,
POLICE DEPARTMENT OF THE CITY OF OPELOUSAS, LORETTA ETIENNE and RODNEY MAY

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon all counsel of record by depositing a copy of same in the United States Mail, postage prepaid and properly addressed, on the 10TH day of September, 2014.

A. KIRK GASPERECZ

## PLAINTIFF'S RESPONSES AND CERTIFICATE OF SERVICE

I, Kelly Renee Pelican Reed, made the above and foregoing Responses to Defendants' Requests for Admission and served defense counsel by depositing the same in the United States Mail, postage prepaid and properly addressed, on the 6 day of ~~September~~ October, 2014.

Kelly Renee Pelican Reed

Kelly Renee Pelican Reed
1307 E. Jefferson Street
Opelousas, LA 70570
(337) 942-7612
(337) 381-4595

Final

Opelousas General Health System - Main Campu

## Emergency Department Chart

| | |
|---|---|
| Patient Name: REED JR., [redacted] | Account Number: 7774493 |
| Medical Rec. Number: 000102582 | Birthdate: [redacted] Gender: M |
| Arrival Date: 10/12/2013 23:45 | Primary MD: CHARLES BERTRAND MD |
| Visit Date: 10/12/2013 23:46 | Attending MD:Charles Richard MD |

### Vital Signs/Data

| Time | Staff | Temperature | Pulse | Respiration | Blood Pressure | Pulse Oximetry | Pain |
|---|---|---|---|---|---|---|---|
| 10/13/2013 00:32 | SR5 | | | | | | 2/10 |
| 10/12/2013 23:46 | LM1 | 97.0 F Oral | 80 /min | 18 /min | 141/75 mm Hg. | 100% on Room air | 5/10 |

### Allergies

NKA [Confirmed by STEPHEN ROMERO RN on 10/13/2013 00:24:34.] (SR5 10/13/2013 00:24)

### Chief Complaint

Injury to anterior neck and supraclavicular area. (LM1 10/12/2013 23:46)

### Pre- Hospital Treatment

Mode of arrival: Private transportation. (LM1) 10/12/2013 23:46

### Triage

4-Non-urgent (LM1 10/12/2013 23:46)
Influenza vaccine was given not received . (LM1 23:46)
Pneumovax (PPV) was given not received . (LM1 23:46)
Last Tetanus unknown. (LM1 23:46)
No language or communication barrier. (LM1 23:46)
pt reports he was thrown into a wall by police and, "her fingernail scratched my neck." (LM1 23:46)
History comes from patient. (LM1 23:46)
Onset of symptoms was 30 minutes ago. (LM1 23:46)
Patient ID verified by armband, name and DOB. (LM1 23:46)
Patient indicates no infectious disease risk factors. (LM1 23:46)

### Height/Weight

Wgt: 106.8 kg (SR5 10/12/2013 23:57)

### Nursing Assessment

GENERAL
NEGLECT/ABUSE: Survey shows NEGATIVE risk for this patient. (LM1) 10/12/2013 23:46

MENTAL STATUS
Normal ambulatory status. Awake, alert and fully verbal. (SR5) 10/12/2013 23:55

NEUROLOGIC
Alert and oriented x3. Speech clear. Responds to commands. Moves all extremities. (SR5) 10/12/2013 23:55

SKIN
There is a superficial and clean abrasion located over the anterior neck tracheal area. There is pain noted over the left maxillary area. (SR5) 10/12/2013 23:55

PULMONARY
No acute respiratory distress. Non-labored respirations. (SR5) 10/12/2013 23:55

CARDIAC
Brisk capillary refill. (SR5) 10/12/2013 23:55

ABDOMINAL
Obese abdomen. Soft, non-tender abdomen. (SR5) 10/12/2013 23:55



DATE 8/14/2014

Final

Opelousas General Health System - Main Campu

## Emergency Department Chart

| | |
|---|---|
| Patient Name: REED JR., [redacted] | Account Number: 7774493 |
| Medical Rec. Number: 000102582 | Birthdate: [redacted] Gender: M |
| Arrival Date: 10/12/2013 23:45 | Primary MD: CHARLES BERTRAND MD |
| Visit Date: 10/12/2013 23:46 | Attending MD:Charles Richard MD |

### Nursing Assessment

SOFT TISSUE
ROM intact for all extremities. (SR5) 10/12/2013 23:55

PAIN
The patient has had a goal set for demonstrable pain reduction prior to discharge. The patient has received educational material on and had discussed with them their pain, its treatment goals, expectations, and care. (LM1) 10/12/2013 23:46

### Nursing Continuation Notes - Refer to Orders section for all orders

OPD made aware of alleged assault. (SR5 10/13/2013 00:23)

### Clinician History of Present Illness

Summary
13 yo BM to ED with some scratches to neck and face. according to patient he was at a local skating rink and had argument with local pd and was thrown against wall and has some scratches. has scratch to anterior neck. did not hit head no loc. no cp. sob. no fevers. no vision changes. (CR11) 10/13/2013 00:21

Exam started at 23:55 (CR11) 10/12/2013 23:55 No history to suggest any head injury. (CR11) 10/12/2013 23:55 Injury can be coded as occurring in home environs. (CR11) 10/12/2013 23:55 Presenting problem started 2 hour(s) ago. (CR11) 10/13/2013 00:21 History obtained directly from adolescent patient. Have reviewed and agree with RN note. History available from mother. Father is a source of history. Able to get a good history. (CR11) 10/13/2013 00:21 Injured in an altercation. (CR11) 10/13/2013 00:23 Patient presents with history of an alleged assault by police. Has scratched. (CR11) 10/13/2013 00:23

### Patient Problems

Asthma (EA3 07/25/2012 18:14)
Nasopharyngitis (BV 19:16)
Vomiting symptom (BV 19:16)
Constipation (BV 19:18)
Assault by person (KS5 02/26/2013 20:56)
Epistaxis (KS5 20:56)
Acute low back pain (KS5 20:56)
Acute thoracic back pain (KS5 20:56)
Abrasion [Confirmed by Charles Richard MD on 10/13/2013 00:25:03.] (CR11 10/13/2013 00:25)

### Review of Systems

Except as noted all other ROS negative. (CR11) 10/13/2013 00:24

### Social History

Never a smoker. (LM1) 10/12/2013 23:46 Child lives with both parents. Child is offspring of parent. Child is in age appropriate grade level. UTD with immunizations. (CR11) 10/13/2013 00:24

### Family History

No relevant family history related to current problem. (CR11) 10/13/2013 00:24

### Physical Exam

GENERAL:
Vital signs reviewed. Alert. Obese. The patient appears to be in no acute distress. (CR11) 10/13/2013 00:24

ENT:
No evidence of venous jugular distension. The neck is supple, with no evidence of meningismus. (CR11) 10/13/2013 00:24



DATE 8/14/2014

Final

Opelousas General Health System - Main Campu

## Emergency Department Chart

| | |
|---|---|
| Patient Name: REED JR.,[redacted]. | Account Number: 7774493 |
| Medical Rec. Number: 000102582 | Birthdate: [redacted] Gender: M |
| Arrival Date: 10/12/2013 23:45 | Primary MD: CHARLES BERTRAND MD |
| Visit Date: 10/12/2013 23:46 | Attending MD:Charles Richard MD |

## Physical Exam

EYE EXAM:
Pupils are reactive to light. (CR11) 10/13/2013 00:24

PULMONARY:
The breath sounds are normal, with good equal air movement. Currently in no acute respiratory distress. Normal, non labored respirations. The chest wall is not tender to palpation. (CR11) 10/13/2013 00:24

CIRCULATORY:
Regular rate and rhythm. No murmur. No rub. No gallop. Peripheral pulses are strong and equal. (CR11) 10/13/2013 00:24

ABDOMEN:
The abdomen is soft and nontender to palpation. No organomegaly. Bowel sounds are normal. No guarding. No rebound tenderness. (CR11) 10/13/2013 00:24

NEUROLOGIC:
Alert, oriented to person, place, and time. No motor deficit. (CR11) 10/13/2013 00:24

MUSCULOSKELETAL:
Not tender to palpation over the following areas: face, anterior neck and cervical spine. No evidence of swelling or effusion over the following areas: face, anterior neck and cervical spine. The area over the following areas: face, anterior neck and cervical spine shows no sign of contusion. There are multiple superficial abrasions over the following areas: face, anterior neck and cervical spine (CR11) 10/13/2013 00:23 No extremity edema. (CR11) 10/13/2013 00:24

SKIN:
has small abrasion to anterior neck along with lateral L cheek. has no injury to eye. has no bony ttp along axial or appendicular skeleton. (CR11) 10/13/2013 00:24

## Primary Diagnosis

Abrasion (CR11 10/13/2013 00:24)

## Drug Orders

**ED - ibuprofen 600 MG ORAL**
*Entered By (CR11 MD 10/13/2013 00:26) Ordered By (CR11 MD 00:26) Completed By (SR5 RN 00:29) MD Sign (CR11 MD 00:26) Indications: PAIN Comments: [OS: D] Notes: Medication was just given. (SR5 00:29)*

## Disposition

Disposition decision is discharge. Condition at discharge - stable. (CR11) 10/13/2013 00:25 I have reviewed the chart of REED JR., JOSEPH C and it is ready for final disposition - Charles Richard MD. (CR11) 10/13/2013 00:25 A discharge pain score was documented: Pain 2/10 at 00:32. (SR5) 10/13/2013 00:32 Disposition status is discharge. Discharged home. Left department with family. Verbalizes understanding of after-care instructions. Verbalizes understanding of need for follow-up and how to access follow-up care. Verbalizes understanding of signs and symptoms to return to ED. N/A - Patient did not have an IV. Patient physically left department and was removed from Tracking Board by STEPHEN ROMERO RN. (SR5) 10/13/2013 00:36 Electronically signed by STEPHEN ROMERO RN. (SR5) 10/13/2013 00:36 Arrange for a follow up appointment with BERTRAND, CHARLES MD in 3 - 5 days or immediately if your symptoms get worse. (CR11) 10/13/2013 00:25



DATE 8/14/2014

Final

Opelousas General Health System - Main Campu

## Emergency Department Chart

| | |
|---|---|
| Patient Name: REED JR., [redacted] | Account Number: 7774493 |
| Medical Rec. Number: 000102582 | Birthdate: [redacted] Gender: M |
| Arrival Date: 10/12/2013 23:45 | Primary MD: CHARLES BERTRAND MD |
| Visit Date: 10/12/2013 23:46 | Attending MD:Charles Richard MD |

## Discharge Instructions

**Abrasions**

Abrasions

Abrasions are skin scrapes. Their treatment depends on how large and deep the abrasion is. Abrasions do not extend through all layers of the skin. A cut or lesion through all skin layers is called a laceration.

HOME CARE INSTRUCTIONS

If you were given a dressing, change it at least once a day or as instructed by your caregiver. If the bandage sticks, soak it off with a solution of water or hydrogen peroxide.

Twice a day, wash the area with soap and water to remove all the cream/ointment. You may do this in a sink, under a tub faucet, or in a shower. Rinse off the soap and pat dry with a clean towel. Look for signs of infection (see below).

Reapply cream/ointment according to your caregiver's instruction. This will help prevent infection and keep the bandage from sticking. Telfa or gauze over the wound and under the dressing or wrap will also help keep the bandage from sticking.

If the bandage becomes wet, dirty, or develops a foul smell, change it as soon as possible.

Acetaminophen (Tylenol®) or ibuprofen (Advil® or Motrin®) may be taken as directed for relief from pain and discomfort. Take only if your caregiver has not given medications that would interfere with this or advises you otherwise.

SEEK IMMEDIATE MEDICAL ATTENTION IF:

Increasing pain in the wound.

Signs of infection develop: redness, swelling, surrounding area is tender to touch, or pus coming from the wound.

An oral temperature above 102° F (38.9° C) develops.

Any foul smell coming from the wound or dressing.

Most skin wounds heal within ten days. Facial wounds heal faster. However, an infection may occur despite proper treatment. You should have the wound checked for signs of infection within 24 to 48 hours or sooner if problems arise. If you were not given a wound-check appointment, look closely at the wound yourself on the second day for early signs of infection listed above.

Document Released: 09/27/2006 Document Re-Released: 01/29/2008

ExitCare® Patient Information ©2008 ExitCare, LLC.

## Discharge Summary

Chief Complaint: Injury to anterior neck and supraclavicular area.. Primary Diagnosis: Abrasion.. Disposition Notes: Disposition decision is discharge; Condition at discharge - stable; Arrange for a follow up appointment with BERTRAND, CHARLES MD in 3 - 5 days or immediately if your symptoms get worse; I have reviewed the chart of REED JR., JOSEPH C and it is ready for final disposition - Charles Richard MD.. Discharge Prescriptions: NO DATA AVAILABLE. ( 10/13/2013 00:41)

**Staff Legend**

| | |
|---|---|
| BV | BRANDON VIDRINE NP |
| CR11 | Charles Richard MD |
| EA3 | EMILY AUCOIN LPN |
| KS5 | KOLLEEN SNYDER NP |
| LM1 | LAURA MCELHANON RN |
| SG3 | SAMUEL GRIFFIN RN |
| SR5 | STEPHEN ROMERO RN |



DATE 8/14/2014