RECEIVED
JAN - 8 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| KELLY RENEE PELICAN-REED | CASE NO: 14-CV-0783 |
| VERSUS | JUDGE DOHERTY |
| POLICE DEPT. CITY OF OPELOUSAS, ET AL | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment filed by the City of Opelousas, through the Opelousas Police Department, Loretta Etienne, and Rodney May [rec. doc. 20], is **GRANTED**, and that all claims against them are **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana, this 8 day of January, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE